THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS ANCKNER, Appellant.

*Crimes — maintenance of common nuisance — judgment of conviction affirmed.*

People v. Anckner, 202 App. Div. 783, affirmed.

(Argued March 23, 1923; decided April 24, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 6, 1922, which affirmed a judgment of the Cattaraugus County Court rendered upon a verdict convicting defendant of the crime of maintaining a common nuisance under the provisions of section 1214-g of the Penal Law.

*H. P. Nevins* and *James P. Quigley* for appellant.

*Archibald M. Laidlaw* for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.